UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE FRANCISCO GUZMAN CABRERA,<br><br>                            Plaintiff,<br><br>                         -against-<br><br>UNITED STATES OF AMERICA; U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY; CHIEF JUDGE COLEEN McMAHON; U.S. DEPARTMENT OF JUSTICE; NY GOVERNOR ANDREW CUOMO,<br><br>                            Defendants. | 21-CV-4154 (LTS)<br><br>CIVIL JUDGMENT |

       Pursuant to the order issued September 21, 2021, dismissing the complaint,

       IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

       IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  September 21, 2021
             New York, New York

                                                    /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                             Chief United States District Judge